PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:93CR00089-01** |
| ) | |
| **FRANK WAYNE JOHNSON** ) | |
| ) | |

On July 22, 2007, the above-named was placed on Supervised Release for a period of 5 years, which commenced on April 19, 2004. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Joseph N. Gama

**JOSEPH N. GAMA
United States Probation Officer**

Dated:   August 17, 2007
    Redding, California
    JNG:aph

/s/ Richard A. Ertola

**REVIEWED BY:**   _____
    **RICHARD A. ERTOLA
    Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   JOHNSON, Frank Wayne**
**Docket Number:   2:93CR00089-01**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

_August 27, 2007_
**Date**

_/s/ Lawrence K. Karlton_
**HONORABLE LAWRENCE K. KARLTON**
**Senior United States District Judge**


JNG:aph

Attachment:   Recommendation

cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office